# United States Court of Appeals
## For the First Circuit

No. 01-1577

THOMAS J. HARRINGTON, RICHARD S. NEVILLE,
THOMAS FORDHAM, JOHN A. BIGGINS, MARK J. DURKIN,

Plaintiffs, Appellants,

v.

ELAINE L. CHAO, SECRETARY OF LABOR,
U.S. DEPARTMENT OF LABOR,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this court, issued February 19, 2002, should be amended as follows:

p 14, fn 9: change "Uniion" to "Union"

p 16, last line: change "nor" to "or"